| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRANDON T. FISHER, §
§
    Plaintiff, §
§
*versus* §    CIVIL ACTION NO. 1:25-CV-48
§
FEDERAL BUREAU OF PRISONS, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brandon T. Fisher, a former federal prisoner, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against the Federal Bureau of Prisons, Lieutenant Duvall, Lieutenant Harvashak, Captain Ardeno, Correctional Officer Dixon, and Correctional Officer Jones.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On November 3, 2025, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(e) for failure to state a claim. To date, the parties have not filed objections to the report and recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#21) is **ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 10th day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE